**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 14-7279

DANNY D. IRICK, a/k/a Danny Dewayne Irick,

              Petitioner - Appellant,

         v.

A. MANSUKHANI, Warden,

              Respondent - Appellee,

         and

C. SAMUELS, Director; E. HOLDER, United States Attorney
General,

              Respondents.

Appeal from the United States District Court for the District of
South Carolina, at Anderson.   Timothy M. Cain, District Judge.
(8:14-cv-00183-TMC)

Submitted:  February 6, 2015          Decided:  March 26, 2015

Before KING and SHEDD, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Danny D. Irick, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Danny D. Irick, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and dismissing his 28 U.S.C. § 2241 (2012) petition.  We have reviewed the record and find no reversible error.  Accordingly, we affirm for the reasons stated by the district court.  See Irick v. Mansukhani, No. 8:14-cv-00183-TMC (D.S.C. Aug. 18, 2014).  We grant leave to proceed in forma pauperis.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED